UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLINTON HECK,<br><br>    Plaintiff,<br><br>    v.<br><br>MARC STERN, *et al.*,<br><br>    Defendants. | Case No. 06-5030 RJB/KLS<br><br>ORDER DENYING REQUEST FOR SUBPOENA |

This Civil Rights action has been referred to Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. §§ 636(b)(1) and Local MJR 3 and 4. The plaintiff has been granted leave to proceed *in forma pauperis.* (Dkt. # 7). Before the court is plaintiff's motion requesting that the court subpoena his mental health records from the Stafford Creek Records Department. (Dkt. # 30). The court finds that the motion should be denied. Plaintiff's requests for records and other discovery requests should be made directly to counsel for defendants. Plaintiff is directed to the rules governing depositions and discovery. (*See* Federal Rules of Civil Procedure 26 through 37).

Accordingly, plaintiff's motion for subpoena (Dkt. # 30) is **DENIED.**

DATED this  21st  day of June, 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1