UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLINTON HECK,

    Plaintiff,

v.

MARK STERN, *et al.*,

    Defendants.

Case No. C06-5030RJB

ORDER REGARDING AMENDED COMPLAINT

This 42 U.S.C. § 1983 action has been referred to Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. §§ 636(b)(1) and Local MJR 3 and 4. The plaintiff has been granted leave to proceed *in forma pauperis*. (Dkt. # 7). Plaintiff was granted leave to amend his complaint. (Dkt. # 20). Plaintiff has now done so and the court has determined that he may proceed with this action. Accordingly, plaintiff must submit properly completed service documents so that the court may direct service by the U.S. Marshall. Accordingly, it is **ORDERED:**

(1) Plaintiff shall submit properly completed service forms and the appropriate number of copies of his Amended Complaint to the Clerk of the Court within thirty (30) days of the date of this Order or the court will recommend dismissal of this action.

DATED this 18th day of July, 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER- 1