1

2

3

4

5

6

7
          UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
8                    AT TACOMA

9
CLINTON HECK,

10           Plaintiff,

11      v.                                    Case No. C06-5030 RJB

12  MARK STERN, *et al.*,                     ORDER ADOPTING REPORT AND
                                              RECOMMENDATION
13           Defendants.

14
        The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L.

15  Strombom, objections to the Report and Recommendation, if any, and the remaining record, does

16  hereby find and ORDER:

17
        (1)    The Court adopts the Report and Recommendation;
18
        (2)    Plaintiff's motions for summary judgment (Dkt. # 35) and for default judgment (Dkt.
19             # 38) are **DENIED**; and

20      (3)    The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants
               and to the Hon. Karen L. Strombom.
21

22      DATED this 15th day of August, 2006.

23

24      _____
        Robert J. Bryan
25      United States District Judge

26  ORDER - 1