UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLINTON HECK,<br><br>  Plaintiff,<br><br>  v.<br><br>MARK STERN, et al.,<br><br>  Defendants. | Case No. C06-5030RJB<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

This matter comes before the Court on consideration of the Report and Recommendation of the Magistrate Judge. Dkt. 52.  The court has considered the relevant documents, including plaintiff's objections (Dkt. 55), and the remainder of the file herein.  The court hereby finds and **ORDERS** that the Report and Recommendation (Dkt. 52) is **ADOPTED**.  Plaintiff's motion for injunctive relief (Dkt. 21) is **DENIED**.

The Clerk of the Court is directed to send uncertified copies of this Order to all counsel of record to any party appearing *pro se* at said party's last known address, and to the Hon. Karen L. Strombom.

DATED this 21st day of August, 2006.

_____
Robert J Bryan
United States District Judge

ORDER
Page - 1